IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NAKESHA DONALDSON, | ) | |
| | ) | |
|   Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv616-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|   Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1), the supplemental motion to vacate (doc. no. 17), and the motion to set aside (doc. no. 18) are denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of August, 2015.

 /s/ Myron H. Thompson  
 UNITED STATES DISTRICT JUDGE